IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-HC-2210-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | |
|     Petitioner, ) | | |
| ) | | ORDER |
| v. ) | | |
| ) | | |
| MICHAEL MCBRIDE, ) | | |
|     Respondent. ) | | |

The Court has considered Petitioner's Motion for Voluntary Dismissal and the Settlement Agreement entered into between the parties. The United States, Respondent, and Respondent's counsel have each personally affirmed in open court that the terms and conditions of the settlement agreement have been entered and undertaken knowingly and voluntarily after having adequate opportunity to seek counsel. The Court finds as a fact that the parties knowingly and voluntarily entered into the Settlement Agreement.

IT IS HEREBY ORDERED that pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and for good cause, this action is DISMISSED.

IT IS FURTHER ORDERED that the stay of Respondent's release from Bureau of Prisons custody is lifted, and Respondent is ordered to be released from Bureau of Prisons custody. As set out in the criminal judgment in the matter of United States of America v. Michael McBride, in the U.S. District Court for the

District of New Hampshire, Docket No. 1:09-cr-119-01-PB, on January 5, 2009, the Respondent shall report to the probation office in the District of New Hampshire within 72 hours of his release.

This the 17 day of May, 2012.

TERRENCE W. BOYLE
United States District Judge